No. 92–1339. IN RE REINBOLD. Petition for writ of habeas corpus denied.

No. 92–896. THUNDER BASIN COAL CO. v. REICH, SECRETARY OF LABOR, ET AL. C. A. 10th Cir. Certiorari granted.

No. 92–903. POSTERS 'N' THINGS, LTD., ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari granted.

No. 91–6694. WILLIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7853. LOPEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8100. SEABOLT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8203. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–410. BECKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–496. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–840. COMMONWEALTH LAND TITLE INSURANCE CO. v. BRADLEY. C. A. 5th Cir. Certiorari denied.

No. 92–872. GHASSAN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.